AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Expresss | Credit card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   --Abbey Cptl Futures Strategy | | None | K | T | | | | | |
| 3.   --AB Small Cap Grw Adv | B | Dividend | J | T | Sold (part) | 07/03/18 | J | B | |
| 4. | | | | | Sold (part) | 08/02/18 | J | B | |
| 5.   --AMG Mngrs Silvercrest | A | Dividend | J | T | Sold (part) | 07/03/18 | J | A | |
| 6. | | | | | Sold (part) | 08/02/18 | J | A | |
| 7.   --Artisan Mid Cap Adv | A | Dividend | J | T | Sold (part) | 07/03/18 | J | A | |
| 8.   -- Artisan Mid Cap Value Fund | | None | J | T | Sold (part) | 07/03/18 | J | | |
| 9. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 10.   --Blackrock High Yield Bond Fund | A | Dividend | | | Sold | 07/03/18 | K | A | |
| 11.   --Blackstone Alt Mult-Strat | | None | K | T | | | | | |
| 12.   --Calamos Market Neutral Inc | | | J | T | Buy | 12/12/18 | J | | |
| 13.   --Center Coast MLP Focus | | None | K | T | | | | | |
| 14.   --Columbia Select Large Cap Value Fund | C | Dividend | | | Sold | 07/03/18 | J | A | |
| 15.   --Cullen High Dividend Equity | | | K | T | Buy | 07/03/18 | K | | |
| 16. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 17.   --Janus Flexible Bond | | | L | T | Buy (add'l) | 09/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Invesco Dynamic Large Cap Value | A | Dividend | J | T | Sold (part) | 07/03/18 | J | A | |
| 19. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 20. -- Ishares Core S&P U.S. Growth | | | | | Buy | 12/31/18 | J | | |
| 21. | | | | | Closed | 12/31/18 | J | A | |
| 22. --Ishares Russell 1000 Value ETF | | | | | Buy | 12/31/18 | L | | |
| 23. | A | Dividend | | | Closed | 12/31/18 | L | A | |
| 24. --Lazard Emerg Mkts Core | B | Dividend | K | T | Sold (part) | 05/01/18 | J | B | |
| 25. --Matthews Asian Japan Inv | A | Dividend | J | T | Sold (part) | 05/01/18 | J | A | |
| 26. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 27. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 28. --MFS Int'l Value | A | Dividend | K | T | Sold (part) | 05/01/18 | J | A | |
| 29. | | | | | Buy (add'l) | 07/03/18 | K | | |
| 30. --Oakmark Fund Advisor | A | Dividend | K | T | Sold (part) | 07/03/18 | J | A | |
| 31. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 32. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 33. --Oakmark International Advisor | C | Dividend | K | T | Sold (part) | 05/01/18 | J | B | |
| 34. | | | | | Sold (part) | 07/03/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 36. -- Oppenheimer Int'l Growth Fund | B | Dividend | K | T | Sold (part) | 05/01/18 | J | B | |
| 37. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 38. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 39. --Pimco Real Return | | None | J | T | | | | | |
| 40. --Pimco Short Term | | None | K | T | Buy (add'l) | 08/02/18 | J | | |
| 41. --Polen Growth Institutional | D | Dividend | K | T | Sold (part) | 05/01/18 | J | B | |
| 42. | | | | | Sold (part) | 07/03/18 | J | B | |
| 43. | | | | | Sold (part) | 08/02/18 | J | B | |
| 44. --Putnam Absolute Ret | | | | | Sold | 12/10/18 | J | | |
| 45. --Putnam Equity Spectrum Y | | | | | Sold | 08/02/18 | J | | |
| 46. --Riverpark/Wedgewood Inst | A | Dividend | K | T | Sold (part) | 07/03/18 | J | A | |
| 47. | | | | | Sold (part) | 08/02/18 | J | A | |
| 48. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 49. --Virtus MultiSector Short Term Bond | | None | L | T | Buy (add'l) | 07/03/18 | K | | |
| 50. Wells Fargo Emerg Mrk | A | Dividend | K | T | Sold (part) | 05/01/18 | J | A | |
| 51. | | | | | Buy (add'l) | 07/03/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. IRA #2 | | | | | | | | | |
| 54. --AB Small Cap Grw Adv | A | Dividend | J | T | Sold (part) | 07/27/18 | J | A | |
| 55. -- Artisan Midcap Value | | None | J | T | Sold (part) | 01/12/18 | J | | |
| 56. -- Aston/Montag & Caldwell Growth | | None | J | T | Sold (part) | 07/27/18 | J | | |
| 57. --Aston Silvercrest Small Cap | | None | J | T | | | | | |
| 58. -- Blackrock Equity Div. A | | None | J | T | Buy (add'l) | 07/27/18 | J | | |
| 59. --Blackrock Inflation Prot Bond | | None | J | T | | | | | |
| 60. -- Columbia Select LG CP Growth | | None | J | T | Sold (part) | 07/27/18 | J | | |
| 61. -- EV Income Fund of Boston | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 62. -- Ivy Midcap Growth | | None | J | T | | | | | |
| 63. -- Lazard Emerging Markets Fund | | None | J | T | | | | | |
| 64. --Matthews Asian Japan Inv | | None | J | T | | | | | |
| 65. --MFS Int'l Value | | None | K | T | Buy (add'l) | 01/12/18 | J | | |
| 66. -- Oakmark Fund Advisor | | None | J | T | Buy (add'l) | 07/27/18 | J | | |
| 67. -- Oppenheimer Int'l Growth Fund | | | J | T | Buy (add'l) | 01/12/18 | J | | |
| 68. -- Pimco Low Duration A | | None | J | T | Buy (add'l) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Pimco Short Term | | None | J | T | Buy (add'l) | 07/27/18 | J | | |
| 70. -- Virtus Insight Emerg Mkts | | None | J | T | | | | | |
| 71. -- Virtus MultiSect Short Term Bond | | None | J | T | Buy (add'l) | 01/12/18 | J | | |
| 72. -- Western Asset Core Plus Portfolio | | None | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 75. --Allergan Plc | | None | J | T | | | | | |
| 76. -- Anadarko Pete (APC) | | None | J | T | | | | | |
| 77. -- Autodesk Inc. | | None | J | T | | | | | |
| 78. -- Biogen | | None | J | T | | | | | |
| 79. -- Broadcom Inc. | | None | J | T | | | | | |
| 80. -- Citrix Systems Inc. | | None | J | T | | | | | |
| 81. -- Comcast Corp | | None | J | T | | | | | |
| 82. -- Cree Research Inc | | None | J | T | Sold (part) | 06/12/18 | J | | |
| 83. --Discovery Communications | | None | J | T | | | | | |
| 84. -- Dolby Cla | | None | J | T | | | | | |
| 85. -- Fluor Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Freeport McMoran | | None | J | T | | | | | |
| 87. -- Invesco Dynamic Large Cap Value | | | | | Sold (part) | 06/12/18 | J | | |
| 88. | | | | | Sold | 12/31/18 | L | | |
| 89. -- Ionis Pharmaceuticals Inc | | None | J | T | | | | | |
| 90. --Ishares Core S&P U.S. Growth | | | J | T | Buy | 12/31/18 | J | | |
| 91. --Ishares Russell 1000 Value ETF | | | L | T | Buy | 12/31/18 | L | | |
| 92. --Johnson Ctls Intl Plc | | None | J | T | | | | | |
| 93. -- L-3 Technologies, Inc (formerly L-3 Commuications Holdings) | | None | J | T | | | | | |
| 94. --Liberty Media C Ser C Siriusxm | | None | J | T | | | | | |
| 95. --Medtronic PLC SHS | | None | J | T | | | | | |
| 96. -- National Oilwell Varco Inc. | | None | J | T | | | | | |
| 97. --Nuance Communications Inc | | None | J | T | | | | | |
| 98. -- Nucor Corp | | None | J | T | | | | | |
| 99. -- Pentair Ltd | A | Distribution | J | T | | | | | |
| 100. --Qurate Retail Inc Ser A (X) | | None | J | T | | | | | |
| 101. -- Seagate Technology, Inc. | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 102. -- TE Connectivity Ltd | B | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Twitter Inc | | None | J | T | | | | | |
| 104. -- UnitedHealth Gp Inc | | None | J | T | | | | | |
| 105. -- Vertex Pharmaceuticals | | None | J | T | | | | | |
| 106. -- Weatherford Int'l Ltd | | | | | Sold | 12/31/18 | J | | |
| 107. --Western Digital Corporation | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 110. -- MorganStanley - Cash | A | Interest | J | T | | | | | |
| 111. -- Western Asset Managed Municipal | | None | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. NAME CHANGE: 2018 Annual Report, Part VII, page 5, line 18 and page 9, line 87: INVESCO DYNAMIC LARGE CAP VALUE is a name change for POWERSHARES DYN LARG CAP VALUE, 2017 Annual Report, page 5, line 30 and page 8, line 84.

2. ASSET EXCHANGE: 2017 Annual Report, Part VII, page 5, line 24 and page 7, line 52: OAKMARK I. This asset was exchanged for asset OAKMARK FUND ADVISOR on May 4, 2018. Therefore, this asset is listed now in the 2018 Annual Report, Part VII, page 5, line 30 and page 7, line 66, as OAKMARK FUND ADVISOR.

3. ASSET EXCHANGE: 2017 Annual Report, Part VII, page 5, line 25, OAKMARK INTERNATIONAL I. This asset was exchanged for asset OAKMARK INTERNATIONAL ADVISOR on May 4, 2018. Therefore, this asset is listed now in the 2018 Annual Report, Part VII, page 5, line 33, as OAKMARK INTERNATIONAL ADVISOR.

4. NAME CHANGE: 2018 Annual Report, Part VII, page 6, line 41: POLEN GROWTH INSTITUTIONAL is a name change from FUNDVANTAGE TR POLEN GROWTH INSTITUTIONAL, 2017 Annual Report, Part VII, page 5, line 18.

5. ASSET EXCHANGE: 2017 Annual Report, Part VII, page 7, line 65: BROADCOM CORP. This asset was exchanged for asset BROADCOM INC. on April 5, 2018. Therefore, this asset is listed now in the 2018 Annual Report, page 8, line 79.

6. ASSET EXCHANGE: 2017 Annual Report, Part VII, page 8, line 76: LIBERTY INTERACTIVE CORP. This asset was exchanged for asset GCI LIBERTY INC. CL A on March 12, 2018. However, CGI LIBERTY INC. has a fair market value less than $1,000 and does not appear on the 2018 Annual Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544